IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MARINO : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 02-cv-4488 |
| KENT LINE INTERNATIONAL d/b/a : | |
| VOYAGEUR SHIPPING LTD. : | |
| and : | |
| SLS, INC. d/b/a HOLT OVERSIGHT AND : | |
| LOGISTICAL TECHNOLOGIES : | |
| and : | |
| INCHCAPE SHIPPING : | |

**PRAECIPE**

TO THE CLERK:

Kindly be advised that Exhibits in Support of Defendant's Notice of Removal and Defendant's Amended Notice of Removal have been filed in hard copy only

             RAWLE & HENDERSON LLP

           By:_____
             Carl D. Buchholz, III, Esquire
             Ann-Michele G. Higgins, Esquire
             Attorneys for Defendant,
             Inchcape Shipping

Date: _____

0691922.01

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the Praecipe on behalf of defendant Inchcape Shipping, was sent by First Class Mail, postage prepaid, to the following counsel and/or parties of record:

>Thomas More Holland, Esquire
>Law Offices of Thomas More Holland
>1522 Locust Street
>Grace Hall
>Philadelphia, PA 19102
>**Attorney for Plaintiff**

>RAWLE & HENDERSON LLP

>By:_____
>Ann-Michele G. Higgins, Esquire
>Attorneys for Defendant,
>Inchcape Shipping

>The Widener Building
>One South Penn Square
>Philadelphia, PA  19107
>(215) 575-4200

DATED: _____

0691922.01