IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH MARINO                     :          CIVIL ACTION
                                  :
              v.                  :
                                  :
KENT LINE INTERNATIONAL, ET AL.   :          NO. 02-CV-4488


ORDER

      AND NOW, this      day of July, 2002, it is hereby **ORDERED** that **oral argument** is scheduled before the Honorable Berle M. Schiller for **Friday, August 2, 2002 at 4:00 P.M.** in **Courtroom 5C**.


BY THE COURT:


_____

Berle M. Schiller, J.