IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH MARINO,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **KENT LINE INTERNATIONAL, et al.,** | : | **No. 02-4488** |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this      day of **November**, **2002**, it is hereby **ORDERED** that:

1. All Defendants shall have until **November 11**, **2002**, to respond to Plaintiff's October 16, 2002 Motion for Change of Venue (Document No. 19).

                                                **BY THE COURT**,

                                                _____

                                                **Berle M. Schiller, J.**