IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH MARINO** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **KENT LINE INTERNATIONAL, ET AL.** | : | NO. 02-CV-4488 |

## ORDER

**AND NOW**, this         day of **January, 2003**, upon consideration of Plaintiff's Motion to Compel Discovery and correspondence by Counsel for Plaintiff, it is hereby **ORDERED** that:

Plaintiff's Motion to Compel Discovery (document no. 27) is **DENIED AS MOOT**.

BY THE COURT:

_____
**Berle M. Schiller, J.**