IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH MARINO, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENT LINE INTERNATIONAL, et al., | : | No. 02-4488 |
| Defendants. | : | |

### ORDER

     **AND NOW**, this     day of **February**, **2003**, following a telephone conference on **February 3, 2003,** with counsel for the parties, it is hereby **ORDERED** that:

1. Paragraph 4 of this Court's Scheduling Order of October 17, 2002 shall be amended to read: "Pursuant to Federal Rule of Civil Procedure 26(a)(2), plaintiff's experts' identities and their reports (including any curricula vitae) shall be disclosed by **March 14, 2003**; defendant's experts' identities and their reports (including any curricula vitae) shall be disclosed by **March 28, 2003.**"
2. Defendant Inchcape Shipping's Motion for Leave to Amend its Answer to Complaint to Add a Cross-claim (Document No. 28) is **GRANTED**.
3. Defendant Kent Line shall designate and make available for deposition an appropriate witness pursuant to FRCP 30(b)(6) by February 14, 2003.
4. Defendant Inchcape shipping shall designate and make available for deposition an appropriate witness pursuant to FRCP 30(b)(6) by February 21, 2003.

                            **BY THE COURT:**

                            _____
                            **Berle M. Schiller, J.**