IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH MARINO, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENT LINE INTERNATIONAL, et al., | : | No. 02-4488 |
| Defendants. | : | |

## ORDER

**AND NOW**, this     day of **May**, **2003**, following a telephone conference on **May 1, 2003,** with counsel for the parties, it is hereby **ORDERED** that:

If the depositions of Captain Ian Biggs, and First Mates Adamiak Maciej and Zbigniew Soja do not occur prior to May 30, 2003, the close of formal discovery, those individuals shall be precluded from testifying at trial.

BY THE COURT:

———————————————
**Berle M. Schiller, J.**