IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH MARINO, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENT LINE INTERNATIONAL, et al., | : | No. 02-4488 |
| Defendants. | : | |

## ORDER

**AND NOW**, this     day of **May**, **2003**, it is hereby **ORDERED** that:

This Court's Revised Scheduling Order of February 21, 2003, shall be amended as follows:

1. Paragraph 3 is amended to read: "All fact discovery shall be completed by **July 14, 2003.** Defendant Kent Line International shall make the Chief Mate available for deposition within two weeks of his return from sea, but in no event later than the close of formal discovery on July 14, 2003."

2. Paragraph 4 is amended to read: "Pursuant to Federal Rule of Civil Procedure 26(a)(2), Plaintiff's experts' identities and their reports (including any curricula vitae) shall be disclosed by **July 21, 2003**; Defendants' experts' identities and their reports (including any curricula vitae) shall be disclosed by **July 28, 2003.**"

3. Paragraph 5 is amended to read: "Any motions for summary judgment shall be filed by **August 4, 2003**. Responses to any motions for summary judgment shall be filed within the time permitted under Local Rule of Civil Procedure 7.1(c). Counsel are expected to communicate with each other and, if possible, to produce a joint appendix for submission to the court."

**BY THE COURT:**

_____
**Berle M. Schiller, J.**