UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH MARINO** § | |
| Plaintiff § | |
| § | **Civil Action No.: 02-04488** |
| v. § | |
| § | |
| **KENT LINE INTERNATIONAL** § | |
| Defendant § | |

## WITHDRAWAL OF APPEARANCE

**To Clerk of Courts:**

    Kindly withdraw my appearance in the above-captioned case on behalf of Plaintiff, Joseph Marino. Thomas More Holland, Esquire continues to represent the Plaintiff in this action.

<u>June 11, 2003</u>                        **By:** _____
                                                      Law Office of Jeffrey Campolongo
                                                      Jeffrey Campolongo, Esquire
                                                      Identification No.: 82608
                                                      Attorney for Plaintiff
                                                      1420 Walnut Street, Suite 400
                                                      Philadelphia, PA 19102
                                                      215.545.6841
                                                      215.545.6839 fax