IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH MARINO, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENT LINE INTERNATIONAL, et al., | : | No. 02-4488 |
| Defendants. | : | |

**ORDER**

**AND NOW**, this **8th** day of **July**, **2003**, it is hereby **ORDERED** that:

This Court's Revised Scheduling Order of February 21, 2003, as amended by the Court's Order of May 27, 2003, shall be further amended as follows:

1. Paragraph 3 is amended to read: "All fact discovery, except as set forth below, shall be completed by **July 14, 2003.** Defendant Kent Line International shall make the Chief Mate Adamiak available for deposition within two weeks of his return from sea, but in no event later than **August 18, 2003**."

2. Paragraph 5 is amended to read: "Any motions for summary judgment shall be filed by **August 25, 2003**. Responses to any motions for summary judgment shall be filed within the time permitted under Local Rule of Civil Procedure 7.1(c). Counsel are expected to communicate with each other and, if possible, to produce a joint appendix for submission to the court."

3. In all other respects, the Court's Revised Scheduling Order shall remain in effect, as amended by the Court's prior Orders.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**