IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH MARINO | : | CIVIL ACTION |
| Plaintiff | : | NO.   02-4488. |
| v. | : | |
| SLS, INC. d/b/a HOLT OVERSIGHT AND LOGISTICAL TECHNOLOGIES, ET AL. | : | |
| Defendants | : | |

**ORDER**

AND NOW, this _____ day of _____, 2003, upon consideration of the Summary Judgment Motion filed by Defendants SLS, Inc., d/b/a Holt Oversight and Logistical Technologies and Trans Ocean Maritime Services, Inc., and any Response thereto;

IT IS HEREBY ORDERED that said Motion is GRANTED, and that Plaintiff's claims against the moving Defendants are dismissed, with prejudice.

BY THE COURT:

_____
J.

Dated: _____

U:\DOCS\pak\Transocean-Holt-Marino\Order Mot SMJ 8-21-03.wpd