IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MARINO : | CIVIL ACTION |
| : | |
| Plaintiff : | NO.   02-4488. |
| : | |
| v. : | |
| : | |
| SLS, INC. d/b/a HOLT OVERSIGHT AND : | |
| LOGISTICAL TECHNOLOGIES, ET AL. : | |
| : | |
| Defendants : | |

**ORDER**

AND NOW, this _____ day of _____, 2003, upon consideration of the Summary Judgment Motion filed by Defendants SLS, Inc., d/b/a Holt Oversight and Logistical Technologies and Trans Ocean Maritime Services, Inc., and any Response thereto;

IT IS HEREBY ORDERED that said Motion is GRANTED, and that Plaintiff's claims against the moving Defendants are dismissed, with prejudice.

BY THE COURT:

_____
J.

Dated: _____