IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH MARINO | : | CIVIL ACTION |
| Plaintiff | : | NO.   02-4488. |
| v. | : | |
| SLS, INC. d/b/a HOLT OVERSIGHT AND LOGISTICAL TECHNOLOGIES, ET AL. | : | |
| Defendants | : | |

**PRAECIPE TO SUBSTITUTE COPY OF AFFIDAVIT OF MICHAEL J. HOLT, ATTACHED AS EX. "H" TO DEFENDANTS' SLS, INC. d/b/a HOLT OVERSIGHT AND LOGISTICAL TECHNOLOGIES AND TRANS OCEAN MARITIME SERVICES, INC'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, WITH ORIGINAL AFFIDAVIT**

TO THE CLERK:

Kindly substitute the copy of the Affidavit of Michael J. Holt, Ex. "H" to Defendants' SLS, Inc. d/b/a Holt Oversight and Logistical Technologies and Trans Ocean Maritime Services, Inc.'s Memorandum of Law in Support of Motion for Summary Judgment, with the original Affidavit of Michael J. Holt, attached hereto.

          Respectfully submitted,

          **MATTIONI, LTD.**

Dated: August 26, 2003      By: _____
          FAUSTINO MATTIONI, ESQUIRE
          PAUL A. KETTUNEN, ESQUIRE
          399 Market Street, Second Floor
          Philadelphia, PA 19106
          (215)269-1600
          Attorneys for SLS, Inc. d/b/a Holt Oversight and
          Logistical Technologies and Trans Ocean
          Maritime Services, Inc. Holt