# CERTIFICATE OF SERVICE

I, PAUL A. KETTUNEN, Esquire, hereby certify that a true and correct copy of the Praecipe to Substitute Copy of Affidavit of Michael J. Holt, Attached as Ex. "H" to Defendants' Sls, Inc. D/b/a Holt Oversight and Logistical Technologies and Trans Ocean Maritime Services, Inc's Memorandum of Law in Support Of Motion for Summary Judgment, with Original Affidavit, was served on August 26, 2003, US mail on the following attorneys:

Ann-Michele G. Higgins, Esquire
Rawle & Henderson
The Widener Bldg.
One South Penn Square
Phila., PA 19107
(Inchcape Shipping)

A. Robert Degen, Esquire
Fox Rothschild O'Brien
& Frankel
2000 Market St. - 10th Fl.
Phila., PA 19103
(Kent Line International)

Thomas More Holland, Esquire
Grace Hall
1522 Locust St.
Phila., PA 19102
(Plaintiff)

                                        PAUL A. KETTUNEN, ESQUIRE