LAW OFFICES OF THOMAS MORE HOLLAND
BY: THOMAS MORE HOLLAND
IDENTIFICATION NO.:  43517
1522 LOCUST STREET
GRACE HALL
PHILADELPHIA, PA 19102

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MARINO § | |
| Plaintiff, § | |
| v. § | |
| § | |
| KENT LINE INTERNATIONAL § | |
| d/b/a  VOYAGEUR SHIPPING LTD., et al. § | CIVIL ACTION NO: 02-CV-4489 |
| Defendants. § | |
| § | |

*PLAINTIFF'S SUPPLEMENTAL ARGUMENT II IN OPPOSITION TO DEFENDANT'S KENT LINE MOTION FOR SUMMARY JUDGMENT*

Plaintiff, Joseph Marino, hereby respectfully submits the second Affidavit of his counsel as Exhibit "G" in Opposition to Defendant's Kent Line Motion for Summary Judgement.

It is respectfully submitted that this Affidavit and the attachments be considered as Exhibit "G" in opposition to Defendant Kent Line Motion for Summary Judgment.

Respectfully submitted,

DATE:                                             THOMAS MORE HOLLAND
                                                  Attorney for Plaintiff

LAW OFFICES OF THOMAS MORE HOLLAND
BY: *THOMAS MORE HOLLAND*
IDENTIFICATION NO.: 43517
1522 LOCUST STREET
GRACE HALL
PHILADELPHIA, PA 19102

*IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA*

| | | |
|---|---|---|
| JOSEPH MARINO | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| KENT LINE INTERNATIONAL | § | |
| d/b/a VOYAGEUR SHIPPING LTD., et al. | § | CIVIL ACTION No.: 02-CV-4488 |
| Defendants. | § | |

### *AFFIDAVIT*

I, THOMAS MORE HOLLAND, am counsel to the Plaintiff in the above captioned matter.

I am over 18 years of age.

Appended hereto and made apart hereof is the four (4) page report from David E. Cole an expert witness and consultant in Admirality and Maritime. Also enclosed is a one (1) page description of the materials reviewed.

In addition to the four (4) page report of April 20, 2003 from Mr. Cole a July 14, 2003 report is appended hereto along with Mr. Cole's three (3) resume of work experience.

These documents were furnished to Defendant's consistent within the Scheduling Order.

It is my belief and attestation that these attached documents accurately represent the experience and opinions of David E. Cole.

Respectfully Submitted,

DATE:                                   THOMAS MORE HOLLAND
                                         Attorney for Plaintiff