## CERTIFICATE OF SERVICE

I, PAUL A. KETTUNEN, Esquire, hereby certify that a true and correct copy of Joseph and Maureen Levy's Response to Plaintiffs' Motion for Entry of Default Judgment Against Defendants Joseph Levy and Maureen Levy, Memorandum of Law in Support Of Motion for Entry of Default Judgment, and proposed Order was served on September 8, 2003, U.S. mail (with exhibits) and by facsimile (without exhibits) on the following attorneys:

Ann-Michele G. Higgins, Esquire
Rawle & Henderson
The Widener Bldg.
One South Penn Square
Phila., PA 19107
(Inchcape Shipping)

A. Robert Degen, Esquire
Fox Rothschild O'Brien
& Frankel
2000 Market St. - 10th Fl.
Phila., PA 19103
(Kent Line International)

Thomas More Holland, Esquire
Grace Hall
1522 Locust St.
Phila., PA 19102
(Plaintiff)

                                          PAUL A. KETTUNEN, ESQUIRE