IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH MARINO | : | CIVIL ACTION |
| Plaintiff | : | NO. 02-4488 |
| v. | : | |
| SLS, INC. d/b/a HOLT OVERSIGHT AND LOGISTICAL TECHNOLOGIES, ET AL. | : | |
| Defendants | : | |

### AFFIDAVIT OF LINDA M. HANDY

STATE OF NEW JERSEY

VICINAGE OF CAMDEN

Linda M. Handy, being first duly sworn, deposes and states:

1. I am a Legal Assistant employed with Holt Oversight and Logistical Technologies, Inc. ("Holt"), and have been employed in this capacity since July 3, 2002.

2. Prior to that time, I was a Legal Assistant employed with SLS, Inc., d/b/a Holt Oversight and Logistical Technologies ("SLS") from January 27, 1997 to July 3, 2002.

3. SLS, Inc., d/b/a Holt Oversight and Logistical Technologies is no longer and business and stopped doing business on May 10, 2002.

4. This Affidavit is based on my personal knowledge and records kept by SLS, Inc. d/b/a Holt Oversight and Logistical Technologies and Holt Oversight and Logistical Technologies, Inc. in the normal course of its business.

5. On May 30, 2003, I was presented with service of process papers in the herein action at Holt's office, located at 101 South King Street, Gloucester City, New Jersey. I accepted the papers on behalf of SLS and Trans Ocean Maritime Services, Inc., but expressly did not accept them on behalf of Joseph Levy and Maureen Levy.

6. Indeed, I immediately telephoned the attorney for Plaintiff, Thomas Holland, and informed him of this. As well, I immediately sent him a letter informing him of this (true and correct copy attached hereto).

7. At the time of the attempted service on Joseph and Maureen Levy, neither individual was employed with SLS, Holt, or Trans Ocean. To the best of my knowledge and belief, Joseph Levy was employed with Gloucester Terminals, LLC.

8. Gloucester Terminals, LLC is located at King & Essex Streets, Gloucester City, NJ 08030, the facility where Trans Ocean Maritime Services, Inc. used to operate which is approximately six (6) blocks from our office.

9. Neither Joseph Levy nor Maureen Levy at the time of service, or any relevant time to this litigation, had offices at 101 South King Street, Gloucester, New Jersey, where SLS use to have its office, and where Holt currently maintains its office.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

_____
Linda M. Handy
Legal Assistant
Holt Oversight and Logistical Technologies, Inc.

State of New Jersey

Vicinage of Camden

BEFORE ME, the undersigned authority, personally came and appeared Linda M. Handy, personally known to me, who after being duly sworn, did depose and say that the above is true and correct, and did sign the above statement before me.

_____