IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH MARINO | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | NO. 02-4488 |
| | : | |
| v. | : | |
| | : | |
| SLS, INC. d/b/a HOLT OVERSIGHT AND | : | |
| LOGISTICAL TECHNOLOGIES, ET AL. | : | |
| | : | |
| Defendants | : | |

**AFFIDAVIT OF MAUREEN A. LEVY**

STATE OF NEW JERSEY

VICINAGE OF CAMDEN

Maureen A. Levy, being first duly sworn, deposes and states:

1. I currently reside at 118 Woodland Terrace, Oaklyn, New Jersey, and have lived there for the last year and one half.

2. Prior to that time, I was living with my parents, Joseph Levy and Ellen Levy, for the previous 26 years at 615 Newton Avenue, Oaklyn, NJ. My parents still live at that address.

3. I am currently employed as an Operations Coordinator at Miller Environmental Group, which is located at 105 Riverview Drive, Paulsboro, New Jersey, and have been working in this capacity since June 18, 2001.

4. Prior to this time, I was employed at SLS, Inc. d/b/a Holt Oversight and Logistical Technologies as a Regulatory Compliance Administrator, from approximately February

   of 1997 to June 18, 2001.

5.  I was never employed by Trans Ocean Maritime Services, Inc.

6.  I was never assigned by SLS, Inc.d/b/a Holt Oversight and Logistical Technologies to work at Trans Ocean Maritime Services, Inc., nor did I ever have an office there.

7.  I was never served with the summons and complaint in this action. I only found out that I had been sued on August 22, 2003.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

              _____
              Maureen A. Levy

State of New Jersey

Vicinage of Camden

 BEFORE ME, the undersigned authority, personally came and appeared Maureen A. Levy, personally known to me, who after being duly sworn, did depose and say that the above is true and correct, and did sign the above statement before me.

              _____