## CERTIFICATE OF SERVICE

I, PAUL A. KETTUNEN, Esquire, hereby certify that a true and correct copy of the Praecipe to Substitute Copies of Affidavits of Maureen A. Levy and Linda M. Handy Attached as Ex. "C" and "E," Respectively, to Joseph and Maureen Levy's Memorandum of Law in Support of Their Response to Plaintiff's Motion for Entry of Default Judgment Against Joseph and Maureen Levy, with Original Affidavits, was served on September 9, 2003, US mail on the following attorneys:

Ann-Michele G. Higgins, Esquire
Rawle & Henderson
The Widener Bldg.
One South Penn Square
Phila., PA 19107
(Inchcape Shipping)

A. Robert Degen, Esquire
Fox Rothschild O'Brien
& Frankel
2000 Market St. - 10th Fl.
Phila., PA 19103
(Kent Line International)

Thomas More Holland, Esquire
Grace Hall
1522 Locust St.
Phila., PA 19102
(Plaintiff)

_____
PAUL A. KETTUNEN, ESQUIRE

U:\DOCS\pak\Transocean-Holt-Marino\Cert Service 9-9-03 precipe.wpd