LAW OFFICES OF THOMAS MORE HOLLAND
BY: **THOMAS MORE HOLLAND**
IDENTIFICATION NO.: 43517
1522 LOCUST STREET
GRACE HALL
PHILADELPHIA, PA 19102

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOSEPH MARINO**<br>      Plaintiff,<br>   v.<br>**KENT LINE INTERNATIONAL**<br>**d/b/a  VOYAGEUR SHIPPING LTD., et al.**<br>      Defendants. | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO: 02-CV-4489<br>§<br>§ |

**PLAINTIFF'S SUPPLEMENTAL ARGUMENT IN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT OF SLS, INC. d/b/a HOLT OVERSIGHT AND LOGISTICAL TECHNOLOGIES, INC.**

Movant Holt has failed to satisfy the legal requirements of the borrowed servant doctrine with respect to this affirmative defense. The authority set forth in the original argument submitted by Plaintiff referenced the legal standard in the New Jersey Superior Court cases of <u>Volb</u> and <u>Gore</u>. Exhibit K, appended hereto hereto is the deposition testimony of Defendant Joseph Levy.

Defendant Joseph Levy reported directly to Defendant Holt personnel. He did not report to Trans Ocean Maritime Services Exhibit K, at 13. Defendant Joseph Levy's own party admission "I was not employed by Trans Ocean Maritime Services." (Exhibit K, 9). Defendant Holt, not the alleged borrowing employer Trans Ocean paid and withheld taxes from Defendant Joseph Levy's pay checks (Exhibit K 35, 36).

**WHEREFORE,** The affirmative defense of statutory employer has not been established. As a consequence the motion for summary judgment on behalf of Defendant Holt, it is respectfully submitted, should be denied.

                                                                                    Respectfully Submitted,

                                                                                    _____
                                                                                     **THOMAS MORE HOLLAND**

DATED:    September 9, 2003

## *PROOF OF SERVICE*

I, Thomas More Holland, Esquire, hereby certify that a true and correct copy of the foregoing **PLAINTIFF'S SUPPLEMENTAL ARGUMENT IN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT OF SLS, INC. d/b/a HOLT OVERSIGHT AND LOGISTICAL TECHNOLOGIES, INC.** to the court and counsel of record electronically, the presiding Judge and Clerk with hard copies. Counsel of record and pro se Defendants received copy by regular mail with Exhibit I.

Ann-Michele G. Higgins, Esquire
**Rawle & Henderson LLP**
The Widener Building
One South Penn Square
Philadelphia, PA 19107

A. Robert Degen, Esquire
**Fox Rothschild O'Brien & Frankel**
2000 Market Street - 10th floor
Philadelphia, PA 19103

Paul A. Kettunen, Esquire
**Mattioni, Ltd.**
399 Market Street
2d Floor
Philadelphia, PA 19106

**and to the pro se Defendants by regular mail:**

Mr. Joseph Levy
615 Newton Avenue
Oaklyn, NJ 08107

Maureen Levy
118 Woodland Terrace
Oakland, NJ 09107

**Date:**   September 9, 2003            **THOMAS MORE HOLLAND**
                                         **Attorney for Plaintiff**