## CERTIFICATE OF SERVICE

I, PAUL A. KETTUNEN, Esquire, hereby certify that a true and correct copy of the Reply of Defendants SLS, Inc. d/b/a Holt Oversight and Logistical Technologies and Trans Ocean Maritime Services, Inc. to Plaintiff's Opposition to Motion for Summary Judgement, was served on September 15, 2003, via US mail on the following attorneys:

Ann-Michele G. Higgins, Esquire
Rawle & Henderson
The Widener Bldg.
One South Penn Square
Philadelphia, PA 19107
(Inchcape Shipping)

A. Robert Degen, Esquire
Fox Rothschild O'Brien
& Frankel
2000 Market St. - 10th Fl.
Philadelphia, PA 19103
(Kent Line International)

Thomas More Holland, Esquire
Grace Hall
1522 Locust St.
Philadelphia, PA 19102
(Plaintiff)

_____
PAUL A. KETTUNEN, ESQUIRE