<u>PROOF OF SERVICE</u>

  I, Thomas More Holland, Esquire, hereby certify that a true and correct copy of the foregoing *Plaintiff's Supplemental Argument III in Opposition to Defendant's Kent Line Motion for Summary Judgement and Affidavit to the following parties, by hand delivery*:

The Honorable Berle M. Schiller
United States District Court for the
Eastern District of Pennsylvania
601 Market Street, Room 5918
Philadelphia, Pennsylvania 19106

United States District Court for the
Eastern District of Pennsylvania
Clerks Office
601 Market Street, 2nd Floor
Philadelphia, Pennsylvania 19106

  I, Thomas More Holland, Esquire, hereby certify that a true and correct copy of the foregoing *Plaintiff's Supplemental Argument III in Opposition to Defendant's Kent Line Motion for Summary Judgement and Affidavit to the following parties, by regular mail*:

Ann-Michele G. Higgins, Esquire
Rawle & Henderson LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107

A. Robert Degen, Esquire
Fox Rothschild O'Brien & Frankel
2000 Market Street - 10th floor
Philadelphia, PA 19103

Faustino Mattioni, Esquire
Mattioni, Ltd.
399 Market Street
2d Floor
Philadelphia, PA 19106

Mr. Joseph Levy
615 Newton Avenue
Oaklyn, NJ 08107

Maureen Levy
118 Woodland Terrace
Oakland, NJ 09107


<u>September 15, 2003</u>
Date                           THOMAS MORE HOLLAND
                             Attorney for Plaintiff