UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Berle M. Schiller**  
JUDGE

5614 United States Courthouse  
Independence Mall West  
Philadelphia, Pennsylvania 19106

267-299-7620

<u>**VIA FACSIMILE ONLY**</u>

September 23, 2003

<u>**NOTICE OF ORAL ARGUMENT**</u>

**Re:**   ***Joseph Marino v. Kent Line International***  
          **Docket No. 02-CV-4488**

Dear Counsel:

     Please be advised that **Oral Argument** regarding Defendants' motions for summary judgment in the above-referenced matter has been scheduled by the Honorable Berle M. Schiller for **Wednesday, October 1, 2003 at 2:00 P.M. in Courtroom 5C,** U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

                                              Very truly yours,

                                              Patricia A. Callahan  
                                              (267) 299-7621  
                                              Deputy Clerk to  
                                              Hon. Berle M. Schiller