IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH MARINO,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **SLS, INC., et al.,** | : | **No. 03-3058** |
| Defendants. | : | |

## ORDER

**AND NOW**, this      day of **July**, **2003**, it is hereby **ORDERED** that:

1. Civil Action Nos. **03-3058** and **02-4488** are hereby **CONSOLIDATED** for all purposes including discovery and trial. All pleadings, motions, discovery and other matters in all cases shall be filed at Civil Action No. **02-4488** as the lead case. A copy of this order shall be docketed at Civil Action No. **02-4488**.

2. The Clerk of Court is directed to close this case for statistical purposes.

3. Counsel for Plaintiff shall serve a copy of this Order on Defendants Joseph Levy and Maureen Levy.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**