IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH MARINO, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENT LINE INTERNATIONAL, LTD., | : | |
| et al., | : | No. 02-4488 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **25th** day of **September**, **2003**, the Clerk of Court is directed to amend the caption of this case as follows:

1. Maureen Levy shall be denoted as a defendant;

2. Joseph Levy shall be denoted as a defendant;

3. SLS, Inc. d/b/a Holt Oversight and Logistical Technologies, Inc. shall be reinstated as a defendant pursuant to the Court's consolidation Order in docket number 03-3058 (Document No. 10);

4. Trans Ocean Maritime Services, Inc. shall be reinstated as a defendant pursuant to the Court's consolidation Order in docket number 03-3058 (Document No. 10).

BY THE COURT:

_____
**Berle M. Schiller, J.**