LAW OFFICES OF THOMAS MORE HOLLAND
BY: THOMAS MORE HOLLAND
IDENTIFICATION NO.: 43517
1522 LOCUST STREET
GRACE HALL
PHILADELPHIA, PA 19102
(215) 592-8080

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MARINO<br>    Plaintiff,<br>  v.<br><br>KENT LINE INTERNATIONAL<br>d/b/a  VOYAGEUR SHIPPING LTD., et al.<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO: 02-CV-4488<br>§ |

ORDER

And now this      day of October, 2003 upon consideration of Plaintiff's Motion for Reconsideration of the court's order of October 3, 2003, the request is GRANTED . As a result of this reconsideration the Court Summary Judgment order of October 3, 2003 is vacated and the matter should proceed to trial.

_____ J.

LAW OFFICES OF THOMAS MORE HOLLAND
BY: THOMAS MORE HOLLAND
IDENTIFICATION NO.: 43517
1522 LOCUST STREET
GRACE HALL
PHILADELPHIA, PA 19102
(215) 592-8080

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MARINO § | |
|     Plaintiff, § | |
| v. § | |
| § | |
| KENT LINE INTERNATIONAL § | |
| d/b/a VOYAGEUR SHIPPING LTD., et al. § | CIVIL ACTION NO: 02-CV-4488 |
|     Defendants. § | |

    Plaintiff Joseph Marino respectfully request reconsideration of the Court's October 3, 2003 order dismissing summary judgment.  In support thereof Plaintiff avers as follows:

1. This motion for reconsideration is made pursuant to local rule 7.1(g). This motion is made within ten days of the order of October 3, 2003.

2. Defendants Kent Line and Inchcape furnished documents through the course of discovery which are appended hereto and made apart hereof Exhibits K, L, and M .  These documents were not previously presented to the Court for consideration.

3. Plaintiff respectfully submits that these documents establish that Defendant Kent Line and Defendant Inchcape were actively involved in the operations duty.

4. Plaintiff simultaneously asserts the summary judgment order entered in favor of Defendant Joseph Levy should be vacated.

5. Plaintiff was denied due process of law in adjudicating summary judgment of Defendant Joseph Levy insofar as there was no motion for summary judgment filed on behalf of Defendant Levy.

WHEREFORE, it is respectfully requested that the court vacate the October 3, 2003 order and permit this matter to proceed to trial.

Respectfully Submitted,

_____
THOMAS MORE HOLLAND

DATED:      October 10, 2003

LAW OFFICES OF THOMAS MORE HOLLAND
BY: THOMAS MORE HOLLAND
IDENTIFICATION NO.: 43517
1522 LOCUST STREET
GRACE HALL
PHILADELPHIA, PA 19102
(215) 592-8080

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MARINO §<br>  Plaintiff, §<br> v. §<br> §<br>KENT LINE INTERNATIONAL §<br>d/b/a VOYAGEUR SHIPPING LTD., et al. §<br>  Defendants. § | CIVIL ACTION NO: 02-CV-4488 |

BRIEF IN SUPPORT OF MOTION FOR RECONSIDERATION

The attached documents establish the active operations of both Defendant Inchcape and Defendant Kent Line. This motion is made pursuant to local rules 7.1(g). Moreover, insofar as no motion for Summary Judgment on behalf of Defendant Joseph Levy was filed, the entering an order in favor of that Defendant violated Plaintiff's right to due process.

Respectfully Submitted,

_____
THOMAS MORE HOLLAND

DATED:   October 10, 2003

## PROOF OF SERVICE

      I, Thomas More Holland, Esquire, hereby certify that a true and correct copy of the foregoing Motion for Reconsideration   to the following individuals:

| | |
|---|---|
| Clerk of Courts<br>United States District Court for the<br>Eastern District of Pennsylvania<br>601 Market Street, 2nd Floor<br>Philadelphia, Pennsylvania 19106 | HAND DELIVERY |
| The Honorable Berle M. Schiller<br>United States District Court for the<br>Eastern District of Pennsylvania<br>601 Market Street, Room 5918<br>Philadelphia, Pennsylvania 19106 | HAND DELIVERY |
| Ann-Michele G. Higgins, Esquire<br>Rawle & Henderson LLP<br>The Widener Building<br>One South Penn Square<br>Philadelphia, PA 19107 | REGULAR MAIL |
| A. Robert Degen, Esquire<br>Fox Rothschild O'Brien & Frankel<br>2000 Market Street - 10th floor<br>Philadelphia, PA 19103 | REGULAR MAIL |
| Faustino Mattioni, Esquire<br>Mattioni, Ltd.<br>399 Market Street<br>2d Floor<br>Philadelphia, PA 19106 | REGULAR MAIL |
| Mr. Joseph Levy<br>615 Newton Avenue<br>Oaklyn, NJ 08107 | REGULAR MAIL |
| Maureen Levy<br>118 Woodland Terrace<br>Oakland, NJ 09107 | REGULAR MAIL |

October 10, 2003

Date                                              THOMAS MORE HOLLAND
                                                  Attorney for Plaintiff