IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MARINO : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 02-cv-4488 |
| KENT LINE INTERNATIONAL d/b/a : | |
| VOYAGEUR SHIPPING LTD. : | |
| and : | |
| SLS, INC. d/b/a HOLT OVERSIGHT AND : | |
| LOGISTICAL TECHNOLOGIES : | |
| and : | |
| INCHCAPE SHIPPING : | |

**DEFENDANT INCHCAPE SHIPPING'S RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR RECONSIDERATION**

For the reasons set forth in co-defendants' Responses in Opposition to Plaintiff's Motion for Reconsideration, Inchcape Shipping joins in their arguments in opposition to plaintiff's motion.

WHEREFORE, Inchcape Shipping requests that plaintiff's Motion for Reconsideration be denied.

                RAWLE & HENDERSON LLP

                By:_____
                    Ann-Michele G. Higgins, Esquire
                    The Widener Bldg., 16th Floor
                    One S. Penn Square
                    Philadelphia, PA 19107
                    (215) 575-4200
                    Attorney for Defendant,
                    Inchcape Shipping

DATED: October 28, 2003

890868 v.1

## CERTIFICATE OF SERVICE

  I do hereby certify that a true and correct copy of defendant Inchcape Shipping's Response in Opposition to Plaintiff's Motion for Reconsideration, was sent via telefax to all counsel and/or parties of record:

    Thomas More Holland, Esquire
    Law Offices of Thomas More Holland
    1522 Locust Street
    Grace Hall
    Philadelphia, PA 19102
    **Attorney for Plaintiff**

    A. Robert Degen, Esquire
    Fox, Rothschild, O'Brien & Frankel
    2000 Market Street, Tenth Floor
    Philadelphia, PA 19103-3291

    Faustino Mattioni, Esquire
    Mattioni, Ltd.
    399 Market Street, 2nd floor
    Philadelphia, PA 19106-2138

    RAWLE & HENDERSON LLP


    By:_____
     Anne A. Cave

    The Widener Building
    One South Penn Square
    Philadelphia, PA  19107
    (2l5) 575-4200

DATED:  October 28, 2003

890868 v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MARINO : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 02-cv-4488 |
| KENT LINE INTERNATIONAL d/b/a : | |
| VOYAGEUR SHIPPING LTD. : | |
| and : | |
| SLS, INC. d/b/a HOLT OVERSIGHT AND : | |
| LOGISTICAL TECHNOLOGIES : | |
| and : | |
| INCHCAPE SHIPPING : | |

## **ORDER**

AND NOW, TO WIT, this          day of                    , 2003, it is

hereby ORDERED and DECREED that Plaintiff's Motion for Reconsideration is DENIED.

_____
J.

890868 v.1